Opinion filed November 1,
2012

 

                                                                       In The           

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-12-00329-CV

                                                    __________

 

               IN RE GREAT
NORTHERN INSURANCE COMPANY

 



 

                                                   Original
Mandamus Proceeding



 

                                            M E M O R A N
D U M   O P I N I O N

 

Great
Northern Insurance Company, relator, has filed in this court a voluntary
unopposed motion to dismiss its petition for writ of mandamus.  See Tex. R. App. P. 42.1.  In the motion, relator
requests that this court dismiss the original mandamus proceeding because the
parties “have reached an agreement to compromise and settle their differences.” 
Therefore, in accordance with relator’s request, we dismiss the proceeding.  

The
motion is granted, and the original mandamus proceeding is dismissed.

 

PER CURIAM

 

November 1, 2012
                                                                             

Panel[1]
consists of: Wright, C.J.,

McCall, J., and Hill.[2]









[1]Eric Kalenak, Justice, resigned effective September 3,
2012.  The justice position is vacant pending appointment of a successor by the
governor or until the next general election.  





 

[2]John G. Hill, Former Chief Justice, Court of Appeals,
2nd District of Texas at Fort Worth, sitting by assignment.